IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ANTHONY GILLIHAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | FILE No. 3:19-CV-02970 |
| WICHITA FALLS B & R INVESTMENTS, INC., ) | |
| ) | |
| Defendant. ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, ANTHONY GILLIHAN ("Plaintiff") and Defendant, WICHITA FALLS B & R INVESTMENTS, INC. ("Defendant"), by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby jointly stipulate to the dismissal of Defendant, WICHITA FALLS B & R INVESTMENTS, INC., and this entire Action with prejudice. Each party to bear their own fees and costs.

Respectfully submitted this 4TH day of March, 2020.

Law Offices of
THE SCHAPIRO LAW GROUP, P.L.

/s/  Douglas S. Schapiro
Douglas S. Schapiro
Northern District of Texas ID No. 54538FL
The Schapiro Law Group, P.L.
7301-A W. Palmetto Park Rd., #100A
Boca Raton, FL 33433
Tel: (561) 807-7388
Email: schapiro@schapirolawgroup.com


Law Offices of
LIPPE & ASSOCIATES

Emil Lippe, Jr., Esq.
State Bar No. 12398300
Lippe & Associates
12222 Merit Drive, Suite 1200
Dallas, TX 75251
Tel: (214) 855-1850
Fax: (214) 720-6074
emil@texaslaw.com


*/s/*      Michael Y. Kim_____
Michael Y. Kim
State Bar No. 24039960
The Michael Kim Law Firm, PLLC
4236 W. Lovers Lane
Dallas, TX  75209
Tel: (214) 357-7533
mkim@mkimlegal.com


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of March, 2020, we electronically filed the forgoing with the Clerk of the Court by using the CM/ECF system.

/s/  Douglas S. Schapiro
Douglas S. Schapiro
Northern District of Texas ID No. 54538FL